David McDowell, #020885
**ROSE LAW GROUP PC**
7144 E. Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone: 480.505.3934
Facsimile: 480.505.3925
docket@roselawgroup.com
dmcdowell@roselawgroup.com
*Attorneys for Safeway Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Kosters, surviving son of Dollie Kosters, deceased; individually and on behalf of all other statutory beneficiaries, | Case No: |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Safeway Inc., a foreign corporation; LandL LLC a foreign corporation; John Does and Jane Does 1-10; ABC Corporations 1-10; XYZ Partnerships 1-10, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and LRCiv 3.6 of the Local Rules of Civil Procedure of the United States District Court for the District of Arizona, Defendant Safeway Inc., and Defendant LandL LLC file this Notice of Removal for the following reasons:

1.      A civil action has been commenced and is now pending in the Superior Court of Arizona, Mohave County, Case No. S8015CV202100067 with the above caption.

2.      Pursuant to LRCiv 3.6(b), the following documents are attached as Exhibit A:

▪      Summons filed January 20, 2021,

▪      Complaint filed January 20, 2021,

▪      Arbitration Certificate, filed January 20, 2021,

▪      Discovery Tier designation, filed January 20, 2021,

▪      Notice of Dismissal re Service filed January 20, 2021,

(Page 1)

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

1    ▪    Service Affidavit filed February 12, 2021 with attachments.

2    3.    Pursuant to LRCiv 3.6(b), the undersigned counsel verifies that, to the best of

3    their knowledge and belief, the documents attached as Exhibit A to the Notice of Removal are

4    true and complete copies of all pleadings and other documents filed in the state court

5    proceeding.

6    4.    This Notice of Removal is being filed within thirty (30) days of service on the

7    Defendants and, therefore, is timely under 28 U.S.C. § 1446(b).

8    5.    This is an action over which this Court has jurisdiction pursuant to 28 U.S.C. §

9    1332 and which is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the action

10   involves diversity of citizenship between Plaintiff and Defendants.

11   6.    Plaintiff alleges he is a resident of Arizona.

12   7.    Safeway Inc., is a corporation organized under the laws of Delaware with its

13   principal place of business in Pleasanton, California. Pursuant to 28 U.S.C. § 1332(c)(1), a

14   corporation "shall be deemed to be a citizen of any State by which it has been incorporated and

15   of the State where it has its principal place of business." Although Defendant owns and operates

16   multiple retail stores within the state of Arizona, substantial connection with a state is not

17   enough to establish citizenship. (*Johnson v. Wal-Mart Stores East, LP*, No. 1:20-cv-02450,

18   2020 WL 3264066, at *2 (D.N.J. June 17, 2020)). Safeway's corporate offices where corporate

19   offices direct, control, and coordinate the corporation's activities is located in Pleasanton,

20   California. Thus, Defendant, Safeway, is a citizen of Delaware and California, not Arizona.

21   7.    Defendant LandL LLC is a Nevada limited liability company with a principal

22   place of business in Nevada.

23   8.    Defendant LandL LLC is owned by Lastar Richins of St. George, Utah and Lyle

24   Richins of North Las Vegas, Nevada.

25   9.    This Court has jurisdiction over this matter because there is complete diversity

26   among the parties.

27   (Page 2)

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

10.     Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), Defendants are contemporaneously filing a Notice of Filing of Removal with the Clerk of the Superior Court, Mohave County, a copy of which is attached as Exhibit B. Defendant has also on this date give written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446(d).

11.     The undersigned counsel certifies that all Defendants have consented to the removal of this action to federal court.

For the foregoing reasons, Defendants hereby remove this action from the Mohave County Superior Court to the United States District Court for the District of Arizona.

**RESPECTFULLY SUBMITTED** this 18th day of February, 2021.

| **ROSE LAW GROUP pc** | **LIBERTY MUTUAL GROUP INC.** |
|---|---|
| By: *s/ David McDowell*_____<br>David McDowell, Esq.<br>7144 E. Stetson Drive, Suite 300<br>Scottsdale, Arizona 85251<br>*Attorneys for Safeway* | By: *s/ Daniel Maldonado (with permission)*<br>P.O. Box 7218<br>London, KY 40742<br>*PhoenixLocal@LibertyMutual.com*<br>*Attorneys for LandL* |

(Page 3)

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM / ECF System for filing, and served on counsel for Plaintiff via first class mail and electronic mail:

Kevin Garrison SB# 011860
Stephen J. Martin SB# 033962
GARRISON LAW FIRM
7972 W. Thunderbird Road, Suite 107
Peoria, AZ 85381
Attorneys for Plaintiff
steve@garrisonlawfirm.com
kevin@garrisonlawfirm.com

By: */s/ Rose Reynolds*

(Page 4)